■ TERRY HILDEBRAND et al., Respondents, v. CITY OF NEW YORK, Appellant.— Order denying defendant's motion for a change of venue from New York County to Richmond County pursuant to section 182-b of the Civil Practice Act unanimously reversed, on the law, and the motion granted, with costs to defendant-appellant. (See *Masch* v. *City of New York*, 270 App. Div. 182.) Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ A. C. ISRAEL COMMODITY Co., INC., Appellant, v. JOSE E. SIMAO, Defendant, and BANCO LISBOA & ACORES, Respondent.— Order appealed from dated September 28, 1959 unanimously affirmed, with $10 costs and disbursements to the respondent, and the cause placed at the head of the list of causes to be tried during the November 1959 Term. Order appealed from dated October 2, 1959 unanimously affirmed, with $10 costs and disbursements to the respondent. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ PUBLIC SERVICE MUTUAL INSURANCE Co. v. HUDSON PROPERTIES, INC., et al.— Motion by movant, General Fire & Casualty Company for leave to file a brief *amicus curiæ* denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ PUBLIC SERVICE MUTUAL INSURANCE Co. v. HUDSON PROPERTIES, INC., et al.—Motion by movant, Security Mutual Insurance Company of New York, for leave to file a brief *amicus curiæ* denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ PUBLIC SERVICE MUTUAL INSURANCE Co. v. HUDSON PROPERTIES, INC., et al.— Motion by movant, Consolidated Mutual Insurance Co., for leave to file a brief *amicus curiæ* denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ PUBLIC SERVICE MUTUAL INSURANCE Co. v. HUDSON PROPERTIES, INC., et al.— Motion by movant, Cosmopolitan Mutual Insurance Co., for leave to file a brief *amicus curiæ* denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ PUBLIC SERVICE MUTUAL INSURANCE Co. v. HUDSON PROPERTIES, INC., et al.— Motion by movant, Empire Mutual Insurance Co., for leave to file a brief *amicus curiæ* denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES HADLEY.— Motion denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ JOHN KATTIS v. JOHN TYREAS et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ JAMES H. HARDY v. BERCH SILK Co., INC., et al.—Motion granted insofar as to permit the appeal to be heard on the original record, including a complete copy of the entire trial minutes, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorneys for respondents and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before January 5, 1960, with notice of argument for the February 1960 Term of this court, said panel to be argued or submitted when reached. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.